**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  KMK Oil & Gas, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   4 5 – 3 5 0 6 3 4 3

4. **Debtor's address**

   **Principal place of business**

   2816 Mary Mack Drive
   Number   Street

   Marshall            TX    75672
   City                State  ZIP Code

   Harrison
   County

   **Mailing address, if different from principal place of business**

   PO BOX 996
   Number   Street
   Marshall TX  75671-996
   P.O. Box

   City                State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Jefferson, Marion County, Texas
   Number   Street

   City                State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **KMK Oil & Gas, Inc.** _____ Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   2  1  1  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When ____/____/_____ Case number _____
     District _____ When ____/____/_____ Case number _____
     MM / DD / YYYY
     District _____ When ____/____/_____ Case number _____
     MM / DD / YYYY

Debtor __KMK Oil & Gas, Inc.__                                    Case number (if known) _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____  Relationship _____
            District _____  When _____ MM / DD / YYYY
            Case number, if known _____

            Debtor _____  Relationship _____
            District _____  When _____ MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number  Street
    _____
    _____
    City                               State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and adminstrative information**

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 3

Debtor **KMK Oil & Gas, Inc.**　　　　　　　Case number (if known) _____

| 14. Estimated number of creditors | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/28/2017**
　　　　　　　MM / DD / YYYY

X **/s/ Kenneth M. Kleinke**　　　　　　**Kenneth M. Kleinke**
Signature of authorized representative of debtor　　Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Charles E. Lauffer, Jr.**　　　　　　Date **06/28/2017**
Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

**Charles E. Lauffer, Jr.**
Printed name

**Ritcheson, Lauffer & Vincent, P.C.**
Firm name

**Two American Center**
Number　Street
**821 ESE Loop 323, Suite 530**

**Tyler**　　　　　　　　　　　　　　　**TX**　　　**75701**
City　　　　　　　　　　　　　　　　　State　　ZIP Code

**(903) 535-2900**　　　　　　　　　　　**charlesl@rllawfirm.net**
Contact phone　　　　　　　　　　　　Email address

**11989400**　　　　　　　　　　　　　　**TX**
Bar number　　　　　　　　　　　　　　State

Fill in this information to identify the case:

Debtor name: **KMK Oil & Gas, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Darrell Clements, PLLC<br>17110 Dallas Parkway<br>Suite 214<br>Dallas TX 75248 | | Notice Only | | | | $0.00 |
| 2 | Daniel Todd & Assoc., Inc.<br>PO BOX 1935<br>Covington LA 70434 | | Notice Only | | | | $0.00 |
| 3 | Dan Blocker Petroleum Consultants<br>2704 E. Marshall Ave.<br>Longview TX 75601 | | Notice Only | | | | $0.00 |
| 4 | Computers Unlimited<br>170 Pecan Drive<br>Hallsville TX 75650 | | Notice Only | | | | $0.00 |
| 5 | Compression Controls & Rental, LLC<br>5797 FM 2011<br>Longview TX 75603 | | Notice Only | | | | $0.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor  **KMK Oil & Gas, Inc.**
Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | City of Marshall PO BOX 698 Marshall TX 75671 | | Notice Only | | | | $0.00 |
| 7 | Centerpoint Energy PO BOX 4981 Houston TX 77210-4981 | | Notice Only | | | | $0.00 |
| 8 | Casson Media Group 14800 Landmark Blvd Suite 190 Dallas TX 75254 | | Notice Only | | | | $0.00 |
| 9 | Carl Worster 13514 West Virginia Drive Lakewood CO 80228 | | Subscription Agreement | | | | $0.00 |
| 10 | Binit Shah 8163 Campden Lake Blvd Dublin OH 43016 | | Subscription Agreement | | | | $0.00 |
| 11 | Betco Insurance 3700 Market Square Circle Davenport IA 52807 | | Notice Only | | | | $0.00 |
| 12 | Basic Energy Service PO BOX 841903 Dallas TX 75284 | | Notice Only | | | | $0.00 |
| 13 | B-N-R Enterprises 1407 La Forge Rd Hallsville TX 75650 | | Notice Only | | | | $0.00 |

Debtor  **KMK Oil & Gas, Inc.**  
Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | AT&T<br>PO BOX 536216<br>Atlanta GA  30353 | | Notice Only | | | | $0.00 |
| 15 | ARK LA TEX Surveying Co, Inc.<br>PO BOX 910<br>Marshall TX  75671 | | Notice Only | | | | $0.00 |
| 16 | Andrew Bukosky<br>3440 W. Hillsdale<br>Bisalia CA  93291 | | Subscription Agreement | | | | $0.00 |
| 17 | Anatesco, Inc.<br>PO BOX 8225<br>Tyler TX  75711 | | Fee Simple | | | | $0.00 |
| 18 | Adkisson Production & Consulting<br>PO BOX 258<br>Longview TX  75606 | | Notice Only | | | | $0.00 |
| 19 | Adam Young<br><br>Jefferson TX | | Notice Only | | | | $0.00 |
| 20 | A.F. Whatley Construction<br>11950 HWY 43<br>Bivins TX  75555 | | Notice Only | | | | $0.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

IN RE:  KMK Oil & Gas, Inc.                                    CASE NO

CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/28/2017                                Signature  /s/ Kenneth M. Kleinke
                                                          *Kenneth M. Kleinke*
                                                          *President*

Date _____               Signature _____

A.F. Whatley Construction
11950 HWY 43
Bivins TX   75555


Adam Young
Jefferson TX


Adkisson Production & Consulting
PO BOX 258
Longview TX   75606


Anatesco, Inc.
PO BOX 8225
Tyler TX   75711


Andrew Bukosky
3440 W. Hillsdale
Bisalia CA   93291


ARK LA TEX Surveying Co, Inc.
PO BOX 910
Marshall TX   75671


AT&T
PO BOX 536216
Atlanta GA   30353


B-N-R Enterprises
1407 La Forge Rd
Hallsville TX   75650


Basic Energy Service
PO BOX 841903
Dallas TX   75284

Betco Insurance
3700 Market Square Circle
Davenport IA  52807


Binit Shah
8163 Campden Lake Blvd
Dublin OH  43016


Carl Worster
13514 West Virginia Drive
Lakewood CO  80228


Casson Media Group
14800 Landmark Blvd
Suite 190
Dallas TX  75254


Centerpoint Energy
PO BOX 4981
Houston TX  77210-4981


City of Marshall
PO BOX 698
Marshall TX  75671


Compression Controls & Rental, LLC
5797 FM 2011
Longview TX  75603


Computers Unlimited
170 Pecan Drive
Hallsville TX  75650


Dan Blocker Petroleum Consultants
2704 E. Marshall Ave.
Longview TX  75601

Daniel Todd & Assoc., Inc.
PO BOX 1935
Covington LA  70434


Darrell Clements, PLLC
17110 Dallas Parkway
Suite 214
Dallas TX  75248


David Cleveland
10223 Copper Wood Drive
Houston TX  77040


David Knapp
9 Scarlett Oak Court Lake
St. Louis MO  63367


David Watkins
1278 Petlauma Drive
Rockwall TX  75087


Dean Searle
305 W. Rusk Street
Marshall TX  75670


Donald Waldecker
3306 Arrowhead Circle
Round Rock TX  78681


Dr. Bob Smith
4914 South Fairlane
Tempe AZ  85282


Dr. Kate Doughty
12209 S. Fairway Ridge Lane
Spokane WA  99224

Dr. Willard Smith
1575 Mannon Drive
Salem OH  44460


Dwight Becker
7997 East Jefferson Ave
Denver CO  83207


Edward Cleary
50 Beach Road
Walcott CT  06716


Extreme Pump & Supply
2423 Henderson Blvd
Kilgore TX  75662


Fidelity
PO BOX 2050
Omaha NE  68103


FJS Oil Field Services, LLC
Attn:  Jimbo Sylvia
5521 Sylvia Lane
Cove TX  77523


Genco Transport LLC
PO BOX 481
Greenwood LA  71003


Genesis Endeavors
PO BOX 10148
Longview TX  75608


Global Leads
4230 LBJ Suite 219
Dallas TX  75244

Griffith Surveying Co., Inc.
605 Avenue B
Suite 115
Longview TX  75604


Hill Geophysical Consulting
415 Texas Street
Suite 200
Shreveport LA  71101


Industrial Oils Unlimited
PO BOX 100
Bixby OK  74008


Infogroup
1020 E 1st Street
Papillion NE  68046


Internal Revenue Service
PO BOX 7346
Philadelphia PA  19101-7346


James Kollhopp
PO BOX 12948
Arlington VA  22219


JBCR Properties
115 N. Wellington Street
Suite 200
Marshall TX  75670


Jefferson Cronau
2460 Hixson Street
Powell OH  43065-9038


Jeffery Paulson
1265 Bannister Drive
Anchorage AK  99508

Jett Jones Energy, LLC
201 W. Houston St
Marhsall TX  75670


Jim's Rental Service LLC
PO BOX 504
Laird Hill TX  75668


K&M Oil Services, LLC
PO BOX 4546
Shreveport LA  71134


Keith Crabtree
PO BOX 381
Florence KY  41022


Kendria Holmes
5124 Cheviot Road
Charlotte NC  28269


Kenneth Long
1665 Nix St.
Camden AR  71701


Key Energy Services
PO BOX 4649
Houston TX  77210


Louis Linson
7084 Friars Road
San Diego CA  92108


Lutke & Assoc, Inc.
PO BOX 8356
Bossier City LA  71113

```
Martex Well Service
PO BOX 2048
Marshall TX  75671


Marvin Carman
120 Broaddus Drive
Hopewell VA  23860


Matthew Becker
7997 East Jefferson Ave
Denver CO  83207


McAdams Propane Co
PO BOX 1715
Center TX  75935


Michael Fahy
1145 Mile Square Road
Yonkers NY  10704


Michael Myers
213 Colonial Drive
Woodstock GA  30189


Networks Communications
PO BOX 2707
Longview TX  75606


Office of Attorney General
PO BOX 12548
Austin TX  78711-2548


Oil & Gas Lease
```

Oil Field Pipe & Supply
6000 East End Blvd
Marshall TX  75672


Oil Patch Pipe & Supply, Inc.
PO BOX 1923
Kilgore TX  75663


Omega Oilfield Service Co
PO BOX 1793
Kilgore TX  75663


Petry & Sinex
2001 Kirby
Suite 914
Houston TX  77019


Richie Arnold
215 East Marsahll Street
Marshall TX  75670


Rig Runners Inc
519 N Sam Houston Parkway East
Suite 600
Houston TX  77060


Right Click
1203-B East Grand Avenue #281
Marshall TX  75670


Robert Keller
407 W. Beach Blvd
Apt. 871
Gulf Shores AL  36542


Rodney Becker
7997 East Jefferson Ave
Denver CO  83207

Ronald Bednar
2657 W. Village Drive
Toledo OH   43614


Roth Law Firm
115 N. Wellington Street
Suite 200
Marshall TX   75670


Seismk Exchange, Inc.
9400 N Central Expressway
Dallas TX   75231


Sherwood Johnson, Sr.
2619 Midnight Star Circle
Friendswood TX   77546


Skyland & Energy Resources, LLC
22535 Rose Mill Drive
Kingwood TX   77339


Smart Advertising, Inc.
1401 S. Washington St
Marshall TX   75670


Southwestern Electric Power Company
PO BOX 24422
Canton OH   44701-4404


Steve Billelo
2501 Mayes Road
Suite 100
Carrollton TX   75006


Sylvan Horiay
4734 Rt. 14A
Dundee NY   14837

Texas Alliance of Energy Producers
900 8th Street, Suite 400
Wichita Fallas TX  76301


Theodis Zimmer
400 Oak Street
East Hartford CT  06118


Todd Smith
25332 Via Artina
Valencia CA  91355


Troon Services LLC
PO BOX 569
White Oak TX  75693


United States Attorney's Office
110 North College Ave
Suite 700
Tyler TX  75702-0204


United States Trustee's Office
110 North College Ave
Suite 300
Tyler TX  75702-7231


Upstream Energy
2277 Plaza Drive
Suite 440
Sugar Land TX  77479


Valley Plains, LLC
PO BOX 8410
Marshall TX  75671


Vickie Smith
Marion County Clerk
102 W. Austin Street
Room 206
Jefferson TX  75657

Watson Report Service
PO BOX 921
Kilgore TX  75663


Zukowski, Bresenhan, Petry & Piazza, LLP
1177 W. Loop South
Suite 100
Houston TX  77027