**Fill in this information to identify the case**

Debtor name          **KMK Oil & Gas, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number          **17-20116**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2.  **Cash on hand**                    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    |---|---|---|---|---|
    | 3.1. | **KMK Oil & Gas, Inc. Checking account - Cannonball # 1 Operating Acct.** | **Checking account** | 0  1  3  0 | $490,722.08 |
    | 3.2. | **Checking account - Benton #1 Operating Account** | **Checking account** | 2  5  3  8 | $189,313.71 |
    | 3.3. | **Checking account - Benton # 1 Revenue** | **Checking account** | 3  0  7  7 | $15,254.57 |

4.  **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.                    $695,290.36

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Debtor    **KMK Oil & Gas, Inc.**                                    Case number (if known) **17-20116**
_____
Name

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**Current value of debtor's interest**

| | |
|---|---|
| | **$0.00** |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.  Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** face amount | – **$0.00** doubtful or uncollectible accounts | = ............ → | **$0.00** |
| 11b. Over 90 days old: | **$0.00** face amount | – **$0.00** doubtful or uncollectible accounts | = ............ → | **$0.00** |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$0.00** |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.  Mutual funds or publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| **15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1.  **Cannonball # 1** | **100%** | | **$700,000.00** |
| 15.2.  **Benton # 1** | **100%** | | **$350,000.00** |
| **16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| Describe: | | | |

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | **$1,050,000.00** |

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|--------|--------------------------|------------------------|--------------|
| | Name | | |

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|------------------------------------|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer, Phones, Furniture, and other office equipment** | | | **$3,000.00** |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$3,000.00** |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|------------------------------------|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Benton # 1 well, fittings, spigot** | **$1,000,000.00** | | **$1,000,000.00** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | **$1,000,000.00** |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|--------|----------------------|----------------------|--------------|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Mineral Oil & Gas Lease**<br>**1226.66 Leased Acreage** | Lease | | | **$900,000.00** |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $900,000.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

| $0.00 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

Debtor    **KMK Oil & Gas, Inc.**                                    Case number (if known)  **17-20116**
_____Name_____

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒  No

☐  Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒  No

☐  Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No.  Go to Part 12.

☒  Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---|
| **KMK vs. Jeff Jones** | **Unknown** |
| Nature of claim        **Breach of Contract, Conversion, Fraud** | |
| Amount requested | |
| | |
| **Potential Claim for wrongful garnishment against Matthew Becker, Kate Doughtry, Rod Becker, Bob Smith, David Knapp, and Dwight Becker** | **$0.00** |
| Nature of claim        **Potential Claim for Wrongful Garnishment** | |
| Amount requested        **$495,000.00** | |
| | |
| **KMK v. Howard Klemmer -** <br> **Potential claim for intentional interference with contractual relations** | **Unknown** |
| Nature of claim        **Potential claim** | |
| Amount requested | |
| | |
| **KMK v. Boyd Butcher** | |
| | |
| **Defamation, Interference, Breach of Contract** | **Unknown** |
| Nature of claim        **Defamation, Interference** | |
| Amount requested        **$0.00** | |

Debtor    **KMK Oil & Gas, Inc.**                                    Case number (if known)    **17-20116**
_____
      Name

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                    | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$695,290.36** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$1,050,000.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,000,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*..................................➜ | | **$900,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | **$2,748,290.36** + | 91b. **$900,000.00** |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................. | **$3,648,290.36** |

**Fill in this information to identify the case:**

Debtor name **KMK Oil & Gas, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-20116**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
**Marion County**

**Creditor's mailing address**
**PO BOX 907**

Jefferson        TX    75657

**Creditor's email address, if known**

**Date debt was incurred** **01/01/2017**

**Last 4 digits of account number**        **4   3   3   4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**real property**

**Describe the lien**
**Ad Valorem Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$292.35**    Value of collateral: **$900,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                **$292.35**

Debtor    **KMK Oil & Gas, Inc.**                                        Case number (if known) **17-20116**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Laurie A. Spindler** | Line  **2.1** | ___ ___ ___ ___ |
| **2777 N. Stemmons Freeway** | | |
| **Suite 1000** | | |
| | | |
| **Dallas**                    **TX**    **75207** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **KMK Oil & Gas, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-20116** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

   Total claim          Priority amount

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
| --- | --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$185.00** |
| --- | --- | --- | --- |

**A.F. Whatley Construction**

**11950 HWY 43**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Bivins** | **TX** | **75555** | **Vendor** |
| --- | --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Adkisson Production & Consulting**

**3100 Gilmer Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Longview** | **TX** | **75604** | **Vendor** |
| --- | --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Anatesco, Inc.**

**PO BOX 8225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Tyler** | **TX** | **75711** | **Vendor** |
| --- | --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**ARK LA TEX Surveying Co, Inc.**

**PO BOX 910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Marshall** | **TX** | **75671** | **Notice Only** |
| --- | --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **KMK Oil & Gas, Inc.** | | Case number (if known) | **17-20116** |
| --- | --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
| --- | --- | --- |
| **3.5** | Nonpriority creditor's name and mailing address | **$255.95** |

| | |
| --- | --- |
| **AT&T** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **PO BOX 536216** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Atlanta          GA      30353** | **Utilities** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☒ No |
| | ☐ Yes |
| **Office and Cell Phone Billing** | |

| | | |
| --- | --- | --- |
| **3.6** | Nonpriority creditor's name and mailing address | **Unknown** |

| | |
| --- | --- |
| **B-N-R Enterprises** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **1407 La Forge Rd** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Hallsville          TX      75650** | **Vendor** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☒ No |
| | ☐ Yes |

| | | |
| --- | --- | --- |
| **3.7** | Nonpriority creditor's name and mailing address | **Unknown** |

| | |
| --- | --- |
| **Basic Energy Service** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **PO BOX 841903** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Dallas          TX      75284** | **Vendor** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☒ No |
| | ☐ Yes |

| | | |
| --- | --- | --- |
| **3.8** | Nonpriority creditor's name and mailing address | **$4,400.00** |

| | |
| --- | --- |
| **Bitco Insurance** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **3700 Market Square Circle** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Davenport          IA      52807** | **Vendor** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number   **0   7   1   2** | ☒ No |
| | ☐ Yes |

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $0.00 |
|---|---|---|---|

**Casson Media Group**

**14800 Landmark Blvd**

**Suite 190**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75254** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | Unknown |
|---|---|---|---|

**Centerpoint Energy**

**PO BOX 4981**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77210-4981** |

Basis for the claim:
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     8   3   2   8

electric

☑ No
☐ Yes

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $44.19 |
|---|---|---|---|

**City of Marshall**

**PO BOX 698**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Marshall** | **TX** | **75671** |

Basis for the claim:
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     0   0   3   3

water

☑ No
☐ Yes

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | Unknown |
|---|---|---|---|

**Compression Controls & Rental, LLC**

**5797 FM 2011**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Longview** | **TX** | **75603** |

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

**Computers Unlimited**

**170 Pecan Drive**

**Hallsville**      **TX**    **75650**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.14** Nonpriority creditor's name and mailing address

**Dan Blocker Petroleum Consultants**

**2704 E. Marshall Ave.**

**Longview**      **TX**    **75601**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,664.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Daniel Todd & Assoc., Inc.**

**PO BOX 1935**

**Covington**      **LA**    **70434**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.16** Nonpriority creditor's name and mailing address

**David Knapp**

**9 Scarlett Oak Court Lake**

**St. Louis**      **MO**    **63367**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Subscription Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim: Unknown**

**Dr. Bob Smith**

**4914 South Fairlane**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:

**Subscription Agreement**

**Tempe            AZ     85282**

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.18** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim: Unknown**

**Dr. Kate Doughty**

**12209 S. Fairway Ridge Lane**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:

**Subscription Agreement**

**Spokane          WA     99224**

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.19** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim: Unknown**

**Dwight Becker**

**7997 East Jefferson Ave**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:

**Subscription Agreement**

**Denver            CO     83207**

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.20** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim: Unknown**

**Extreme Pump & Supply**

**2423 Henderson Blvd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Vendor**

**Kilgore           TX     75662**

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**  Nonpriority creditor's name and mailing address

**Fidelity**

**PO BOX 2050**

_____

**Omaha**                        **NE      68103**

Date or dates debt was incurred          _____

Last 4 digits of account number      **7   5   4   1**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$35.40**

---

**3.22**  Nonpriority creditor's name and mailing address

**Genco Transport LLC**

**PO BOX 481**

_____

**Greenwood**                    **LA      71003**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.23**  Nonpriority creditor's name and mailing address

**Genesis Endeavors**

**PO BOX 10148**

_____

**Longview**                     **TX      75608**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.24**  Nonpriority creditor's name and mailing address

**Global Leads**

**4230 LBJ Suite 219**

_____

**Dallas**                       **TX      75244**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25** Nonpriority creditor's name and mailing address

**Griffith Surveying Co., Inc.**

**605 Avenue B**

**Suite 115**

**Longview**                    **TX      75604**

Date or dates debt was incurred                    _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.26** Nonpriority creditor's name and mailing address

**Hill Geophysical Consulting**

**415 Texas Street**

**Suite 200**

**Shreveport**                  **LA      71101**

Date or dates debt was incurred                    _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.27** Nonpriority creditor's name and mailing address

**Industrial Oils Unlimited**

**PO BOX 100**

**Bixby**                       **OK      74008**

Date or dates debt was incurred                    _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.28** Nonpriority creditor's name and mailing address

**Infogroup**

**1020 E 1st Street**

**Papillion**                   **NE      68046**

Date or dates debt was incurred                    _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor    **KMK Oil & Gas, Inc.** _____   Case number (if known) **17-20116** _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

**JBCR Properties**

**115 N. Wellington Street**

**Suite 200**

**Marshall**                         **TX      75670**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.30** Nonpriority creditor's name and mailing address

**Jett Jones Energy, LLC**

**201 W. Houston St**

**Marhsall**                        **TX      75670**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.31** Nonpriority creditor's name and mailing address

**Jim's Rental Service LLC**

**PO BOX 504**

**Laird Hill**                       **TX      75668**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.32** Nonpriority creditor's name and mailing address

**K&M Oil Services, LLC**

**PO BOX 4546**

**Shreveport**                      **LA      71134**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**   Nonpriority creditor's name and mailing address

**Key Energy Services**

**PO BOX 4649**

**Houston**                    **TX**    **77210**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$530.80**

---

**3.34**   Nonpriority creditor's name and mailing address

**Lutke & Assoc, Inc.**

**4909 General Sterling Price Place**

**Bossier City**                **LA**    **71112-4761**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.35**   Nonpriority creditor's name and mailing address

**Martex Well Service**

**PO BOX 2048**

**Marshall**                    **TX**    **75671**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.36**   Nonpriority creditor's name and mailing address

**Matthew Becker**

**7997 East Jefferson Ave**

**Denver**                      **CO**    **83207**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Subscription Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**McAdams Propane Co**

**PO BOX 1715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

| **Center** | **TX** | **75935** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **4   1   8   0**

---

| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$458.89** |

**Networks Communications**

**PO BOX 2707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

| **Longview** | **TX** | **75606** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2   5   2   8**

---

| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Oil Field Pipe & Supply**

**6000 East End Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

| **Marshall** | **TX** | **75672** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Oil Patch Pipe & Supply, Inc.**

**PO BOX 1923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

| **Kilgore** | **TX** | **75663** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**Omega Oilfield Service Co**

**PO BOX 1793**

**Kilgore                    TX      75663**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**Petry & Sinex**

**2001 Kirby**

**Suite 914**

**Houston                    TX      77019**

Date or dates debt was incurred

Last 4 digits of account number     0   3   9   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**Richie Arnold**

**215 East Travis Street**

**Marshall                    TX      75670**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Lease on building**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Building Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,550.00**

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**Rig Runners Inc**

**519 N Sam Houston Parkway East**

**Suite 600**

**Houston                    TX      77060**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45** Nonpriority creditor's name and mailing address

**Right Click**

**1203-B East Grand Avenue #281**

**Marshall**                    **TX**    **75670**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.46** Nonpriority creditor's name and mailing address

**Rodney Becker**

**7997 East Jefferson Ave**

**Denver**                    **CO**    **83207**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Subscription Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.47** Nonpriority creditor's name and mailing address

**Ronald Bednar**

**2657 W. Village Drive**

**Toledo**                    **OH**    **43614**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.48** Nonpriority creditor's name and mailing address

**Roth Law Firm**

**115 N. Wellington Street**

**Suite 200**

**Marshall**                    **TX**    **75670**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor    **KMK Oil & Gas, Inc.**                                      Case number (if known)    **17-20116**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49**   Nonpriority creditor's name and mailing address

**Seismk Exchange, Inc.**

**9400 N Central Expressway**

**Dallas**                        **TX**      **75231**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.50**   Nonpriority creditor's name and mailing address

**Skyland & Energy Resources, LLC**

**22535 Rose Mill Drive**

**Kingwood**                    **TX**      **77339**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.51**   Nonpriority creditor's name and mailing address

**Smart Advertising, Inc.**

**1401 S. Washington St**

**Marshall**                    **TX**      **75670**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.52**   Nonpriority creditor's name and mailing address

**Southwestern Electric Power Company**

**PO BOX 24422**

**Canton**                      **OH**      **44701-4404**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Electric**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**utilities**

Is the claim subject to offset?
☒ No
☐ Yes

**$148.14**

---

Debtor    **KMK Oil & Gas, Inc.**                                    Case number (if known)  **17-20116**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.53**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Steve Billelo**

☐ Contingent

**2501 Mayes Road**

☐ Unliquidated

**Suite 100**

☐ Disputed

Basis for the claim:
**Notice Only**

**Carrollton**                    **TX**    **75006**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

---

**3.54**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Texas Alliance of Energy Producers**

☐ Contingent

**900 8th Street, Suite 400**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**Wichita Fallas**                 **TX**    **76301**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **5   6   0   0**

☒ No
☐ Yes

---

**3.55**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Troon Services LLC**

☐ Contingent

**PO BOX 569**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**White Oak**                     **TX**    **75693**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

---

**3.56**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$260.00**

**Upstream Energy**

☐ Contingent

**8 Greenway Place #1440**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

**Houston**                       **TX**    **77046-0890**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

---

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57**  Nonpriority creditor's name and mailing address

**Valley Plains, LLC**

**PO BOX 8410**

**Marshall**                          **TX        75671**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.58**  Nonpriority creditor's name and mailing address

**Watson Report Service**

**PO BOX 921**

**Kilgore**                          **TX        75663**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$346.77**

---

**3.59**  Nonpriority creditor's name and mailing address

**zdSCada, LP**

**1918 Sybil Lane**

**Tyler**                          **TX        75703**

Date or dates debt was incurred    **July 1, 2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$153.50**

---

Debtor    **KMK Oil & Gas, Inc.**                                     Case number (if known)  **17-20116**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Andrew Bukosky** <br> **3440 W. Hillsdale** <br><br><br> **Bisalia          CA      93291** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| **4.2**  **Binit Shah** <br> **8163 Campden Lake Blvd** <br><br><br> **Dublin          OH      43016** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| **4.3**  **Carl Worster** <br> **13514 West Virginia Drive** <br><br><br> **Lakewood          CO      80228** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| **4.4**  **Darrell Clements, PLLC** <br> **17110 Dallas Parkway** <br> **Suite 214** <br><br> **Dallas          TX      75248** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.5**  **David Cleveland** <br> **10223 Copper Wood Drive** <br><br><br> **Houston          TX      77040** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| **4.6**  **David Watkins** <br> **1278 Petlauma Drive** <br><br><br> **Rockwall          TX      75087** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |

| Debtor | KMK Oil & Gas, Inc. | Case number (if known) | 17-20116 |
|---|---|---|---|

## Part 3:   Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Dean Searle** <br> **305 W. Rusk Street** <br><br> **Marshall          TX      75670** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.8 | **Donald Waldecker** <br> **3306 Arrowhead Circle** <br><br> **Round Rock      TX      78681** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.9 | **Dr. Willard Stamp** <br> **1575 Manor Drive** <br><br> **Salem          OH      44460** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.10 | **Edward Cleary** <br> **50 Beach Road** <br><br> **Walcott          CT      06716** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.11 | **FJS Oil Field Services, LLC** <br> **Attn:  Jimbo Sylvia** <br> **5521 Sylvia Lane** <br><br> **Cove          TX      77523** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.12 | **Internal Revenue Service** <br> **PO BOX 7346** <br><br> **Philadelphia      PA      19101-7346** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.13 | **James Kollhopp** <br> **PO BOX 12948** <br><br> **Arlington          VA      22219** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |

Debtor    **KMK Oil & Gas, Inc.**                                                    Case number (if known)  **17-20116**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Jefferson Cronau** <br> **2460 Hixson Street** <br><br> **Powell** **OH** **43065-9038** | Line _____ <br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.15 | **Jeffery Paulson** <br> **1265 Bannister Drive** <br><br> **Anchorage** **AK** **99508** | Line _____ <br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.16 | **Keith Crabtree** <br> **PO BOX 381** <br><br> **Florence** **KY** **41022** | Line _____ <br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.17 | **Kendria Holmes** <br> **5124 Cheviot Road** <br><br> **Charlotte** **NC** **28269** | Line _____ <br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.18 | **Kenneth Long** <br> **1665 Nix St.** <br><br> **Camden** **AR** **71701** | Line _____ <br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.19 | **Louis Linson** <br> **7084 Friars Road** <br><br> **San Diego** **CA** **92108** | Line _____ <br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |
| 4.20 | **Marvin Carman** <br> **120 Broaddus Drive** <br><br> **Hopewell** **VA** **23860** | Line _____ <br> ☑ Not listed.  Explain: <br> **Subscription Agreement** | __ __ __ __ |

Debtor    **KMK Oil & Gas, Inc.**                              Case number (if known)  **17-20116**

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.21**    **Michael Fahy**
            **1145 Mile Square Road**

            **Yonkers          NY    10704**

Line _____

☑ Not listed.  Explain:
  **Subscription Agreement**

__ __ __ __

**4.22**    **Michael Myers**
            **213 Colonial Drive**

            **Woodstock        GA    30189**

Line _____

☑ Not listed.  Explain:
  **Subscription Agreement**

__ __ __ __

**4.23**    **Office of Attorney General**
            **PO BOX 12548**

            **Austin           TX    78711-2548**

Line _____

☑ Not listed.  Explain:
  **Notice Only**

__ __ __ __

**4.24**    **Robert Keller**
            **407 W. Beach Blvd**
            **Apt. 871**

            **Gulf Shores      AL    36542**

Line _____

☑ Not listed.  Explain:
  **Subscription Agreement**

__ __ __ __

**4.25**    **Sherwood Johnson, Sr.**
            **2619 Midnight Star Circle**

            **Friendswood      TX    77546**

Line _____

☑ Not listed.  Explain:
  **Subscription Agreement**

__ __ __ __

**4.26**    **Sylvan Hornins**
            **4734 Rt. 14A**

            **Dundee           NY    14837**

Line _____

☑ Not listed.  Explain:
  **Subscription Agreement**

__ __ __ __

**4.27**    **Theodis Zimmer**
            **400 Oak Street**

            **East Hartford    CT    06118**

Line _____

☑ Not listed.  Explain:
  **Subscription Agreement**

__ __ __ __

Debtor    **KMK Oil & Gas, Inc.**                                   Case number (if known)  **17-20116**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.28**  **Todd Smith**
          **25332 Via Artina**

          **Valencia            CA      91355**

Line _____

☑ Not listed.  Explain:
**Subscription Agreement**

__ __ __ __

**4.29**  **United States Attorney's Office**
          **110 North College Ave**
          **Suite 700**

          **Tyler              TX      75702-0204**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.30**  **United States Trustee's Office**
          **110 North College Ave**
          **Suite 300**

          **Tyler              TX      75702-7231**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.31**  **Vickie Smith**
          **Marion County Clerk**
          **102 W. Austin Street**
          **Room 206**
          **Jefferson          TX      75657**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.32**  **Zukowski, Bresenhan, Petry & Piazza, LLP**
          **1177 W. Loop South**
          **Suite 100**

          **Houston            TX      77027**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.  **Total claims from Part 1**                                          5a.                              **$0.00**

5b.  **Total claims from Part 2**                                          5b. **+**                 **$10,032.64**

5c.  **Total of Parts 1 and 2**                                            5c.                       **$10,032.64**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **KMK Oil & Gas, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-20116**          Chapter **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 100.00 acres<br>Contract to be ASSUMED | Benton Tract |
| --- | --- | --- | --- |
| | State the term remaining | held by production | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 90.00 acres<br>Contract to be ASSUMED | Blackburn Tract |
| | State the term remaining | held by production | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 35.00 acres<br>Contract to be ASSUMED | Crumby Tract |
| | State the term remaining | 3-5 years | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | 100.00 acres<br>Contract to be ASSUMED | Dotson Tract |
| | State the term remaining | 3-5 years | |
| | List the contract number of any government contract | | |

Debtor    **KMK Oil & Gas, Inc.**                                    Case number (if known)  **17-20116**

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **82.84 acres**<br>**Contract to be ASSUMED** | **F. Johnson Tract** |
| | State the term remaining | **held by production** | |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **112.50 acres**<br>**Contract to be ASSUMED** | **Hall Tract** |
| | State the term remaining | **held by production** | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **107.00 acres**<br>**Contract to be ASSUMED** | **Loughbridge Tract** |
| | State the term remaining | **held by production** | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **170.00 acres**<br>**Contract to be ASSUMED** | **Moody Tract** |
| | State the term remaining | **3 to 5 years** | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **146.85 acres**<br>**Contract to be ASSUMED** | **Rowell Tract** |
| | State the term remaining | **3-5 years** | |
| | List the contract number of any government contract | | |

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **34.00 acres** **Contract to be ASSUMED** | **Watts Tract** |
| | State the term remaining | **3-5 years** | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **208.47 acres** **Contract to be ASSUMED** | **Wood Tract** |
| | State the term remaining | **Held by production** | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **40.00 acres** **Contract to be ASSUMED** | **Young Tract** |
| | State the term remaining | **3-5 years** | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KMK Oil & Gas, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-20116** |

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors                                                      12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **KMK Oil & Gas, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **17-20116**

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

**1.**   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
        Copy line 88 from Schedule A/B........................................................................................................ | **$900,000.00**

    1b.   **Total personal property:**
        Copy line 91A from Schedule A/B...................................................................................................... | **$2,748,290.36**

    1c.   **Total of all property**
        Copy line 92 from Schedule A/B........................................................................................................ | **$3,648,290.36**

## Part 2:    Summary of Liabilities

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$292.35**

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................................... | **$0.00**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | **+    $10,032.64**

**4.**   **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................................................. | **$10,324.99**

**Fill in this information to identify the case and this filing:**

Debtor Name    **KMK Oil & Gas, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **17-20116**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/18/2017**          X **/s/ Kenneth M. Kleinke** _____
           MM / DD / YYYY               Signature of individual signing on behalf of debtor


                                        **Kenneth M. Kleinke** _____
                                        Printed name

                                        **President** _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **KMK Oil & Gas, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)    **17-20116**

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2017** to <br> MM / DD / YYYY | Filing date | ☑ Operating a business <br> ☐ Other _____ | **$70,000.00** |
| **For prior year:** | From **01/01/2016** to **12/31/2016** <br> MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business <br> ☐ Other _____ | **$120,000.00** |
| **For the year before that:** | From **01/01/2015** to **12/31/2015** <br> MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business <br> ☐ Other _____ | **$277,890.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **KMK Oil & Gas, Inc.**                                          Case number (if known)   **17-20116**
_____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kenneth Kleinke** | **June 2016** | **$49,500.00** | **salary and Christmas bonus** |
| Insider's name | **to January** | | |
| **PO 996** | **2017** | | |
| Street | | | |
| | | | |
| **Marshall      TX      75672** | | | |
| City        State      ZIP Code | | | |
| | | | |
| Relationship to debtor | | | |
| **President** | | | |

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Howard Klemmer** | | **$67,500.00** | **Klemmer breached his** |
| Insider's name | | | **subscriber agreement and** |
| **18059 W. Tierra Del Sol Drive** | | | **demanded a return on the** |
| Street | | | **investment** |
| | | | |
| **Surprise      AZ      85387** | | | |
| City        State      ZIP Code | | | |
| | | | |
| Relationship to debtor | | | |
| **subscriber** | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|
|  | Name |  |  |

---

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Becker et al v. KMK et al** | **Garnishment** | **71st Judicial District Crt - Harrison Co**<br>Name<br>**200 West Houston**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**17-0518** | | **Marshall      TX    75670**<br>City               State    ZIP Code | |
| 7.2. | **Becker et al v. KMK** | **Arbitration** | **American Arbitration Association**<br>Name<br>**13727 Noel Road, Suite 700**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**01-17-0003-0773** | | **Dallas        TX    75240**<br>City               State    ZIP Code | |
| 7.3. | **KMK Oil & Gas, Inc. v. Jett Jones Energy, LLC et al** | Nature of case | **Marion County 276th/115th Court**<br>Name<br><br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**1600141** | | **Jefferson      TX**<br>City               State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|
| | Name | | |

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ritcheson, Lauffer & Vincent, PC** | | **6/14/2017** | **$50,000.00** |

**Address**

**821 ESE Loop 323, Suite 530**
Street

**Tyler**              **TX**      **75701**
City                State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12.    Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.    Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.    Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1. | **115 N. Wellington** | | | From  **May 2014** | To  **May 2017** |
| | Street | | | | |
| | **Suite 100** | | | | |
| | **Marshall** | **TX** | **75670** | | |
| | City | State | ZIP Code | | |

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|
| | Name | | |

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
| | Name | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | **Cannonball # 1** | **Oil & Gas Exploration** | |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | **PO BOX 996** | | |
| | Street | | |
| | | | **Dates business existed** |
| | **Marshall**          **TX**   **75671-996** | | From _____   To _____ |
| | City                State   ZIP Code | | |

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.2. **Benton # 1** | **Oil & Gas Exploration** | Do not include Social Security number or ITIN. |
| Name | | |
| **PO BOX 996** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Street | | |
| | | Dates business existed |
| **Marshall**          **TX**   **75671-996** | | From _____ To _____ |
| City                      State    ZIP Code | | |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Stephen Bilello, PLLC** | From **2011** To **present** |
| Name | |
| **2501 Mayes Road, Suite 100** | |
| Street | |
| | |
| **Carrollton**          **TX**   **75006** | |
| City                      State    ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Stephen G. Bilello, PLLC** | From **2011** To **present** |
| Name | |
| **2501 Mayes Road, Suite 100** | |
| Street | |
| | |
| **Carrollton**          **TX**   **75006** | |
| City                      State    ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Debtor | **KMK Oil & Gas, Inc.** | Case number (if known) | **17-20116** |
|---|---|---|---|
| | Name | | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kenneth Kleinke** | **PO BOX 996**<br>**Marshall, TX 75672** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kenneth Kleinke**<br>Name<br>**PO BOX 996**<br>Street<br><br>**Marshall**　**TX**　**75672**<br>City　　State　ZIP Code<br><br>**Relationship to debtor**<br>**president** | **salary and Christmas bonus**<br>**$49,500.00** | | |
| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.2. | **Howard Klemmer**<br>Name<br>**18059 W. Tierra Del Sol Drive**<br>Street<br><br>**Surprise**　**AZ**　**85387**<br>City　　State　ZIP Code<br><br>**Relationship to debtor**<br>**subscriber** | **Paid out subscription per request**<br>**$67,500.00** | | **Klemmer breached his subscirber agreement and demanded a return on the investment** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

Debtor    **KMK Oil & Gas, Inc.**                                Case number (if known)  **17-20116**
          Name

32.  **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/18/2017**
             MM / DD / YYYY

X **/s/ Kenneth M. Kleinke**                          Printed name  **Kenneth M. Kleinke**
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

IN RE:                                          CHAPTER   **11**

**KMK Oil & Gas, Inc.**


DEBTOR(S)                                    CASE NO   **17-20116**


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Kenneth Kleinke PO BOX 996 Marshall TX 75671-996 | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__ **7/18/2017** _____      Signature:__ **/s/ Kenneth M. Kleinke** _____
                                                                 **Kenneth M. Kleinke**
                                                                 **President**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

In re: **KMK Oil & Gas, Inc.**

CASE NO   **17-20116**

CHAPTER   **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:    **$120,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:    **$10,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$1,550.00** |
| 11. Utilities: | **$905.00** |
| 12. Office Expenses and Supplies: | **$150.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$350.00** |
| 18. Insurance: | **$1,660.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$4,615.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    **$5,385.00**